AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF __NEVADA_____

SABRINA ANDREWS,

           Plaintiff,

V.

           **JUDGMENT IN A CIVIL CASE**

           CASE NUMBER: **3:10-cv-00624-RCJ-VPC**

HCR MANOR CARE MEDICAL
SERVICES OF FLORIDA, LLC., et al.,

           Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**__    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (Dkt #5) is GRANTED.

   __5/3/2011__                       **LANCE S. WILSON**
                                        Clerk

                              __/s/ P. McDonald__
                                Deputy Clerk